BAER, Respondent, vs. CAPITOL & TEUTONIA COMPANY, Appellant.

*April 5—May 10, 1932.*

For the appellant there was a brief by *Wengert & Moeller,* attorneys, and *Alfred H. Handrich* of counsel, all of ᵒMilwaukee, and oral argument by *Eugene L. Wengert.*

For the respondent there was a brief by *Gold & McCann,* attorneys, and *Morris Karon* of counsel, all of Milwaukee, and oral argument by *Mr. Karon.*

OWEN, J.   The plaintiff, Herbert Baer, was a real-estate broker and the associate of Karl Elbinger, who is the plaintiff in the case of *Elbinger v. Capitol & Teutonia Co.,* decided. herewith (*ante,* p. 163, 242 N. W. 568).   The action is brought by the plaintiff to recover on a promissory note executed by the defendant in part payment of services rendered by Baer in association with Elbinger in the leasing of certain premises owned by the defendant.   The facts involved and the questions presented in this case are identical with those considered in the *Elbinger Case.*   The decision in the *Elbinger Case* is conclusive of this and requires an affirmance of the judgment.

*By the Court.*—Judgment affirmed.